UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GRETCHEN HARBISON,<br>    Plaintiff. | )<br>)<br>) |
| Vs. | ) Cause No. 1:125-CV-01623-WTL-MJD<br>)<br>) |
| RICHARD TANNER, M.D.,<br>CORIZON, INC., And CORRECTIONAL<br>MEDICAL SERVICES,<br>    Defendants. | )<br>)<br>)<br>) |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Plaintiff, Gretchen Harbison, by her counsel, submits the following preliminary witness and exhibits that he presently believes he may introduce at trial. Plaintiff reserves the right to supplement or amend these lists at any time prior to trial.

### WITNESSES

1. Plaintiff;
2. Defendant Richard Tanner;
3. Any and all officers of Corizon, Inc.;
4. Any and all officers of Correctional Medical Services;
5. Any and all medical staff at Indiana Women's Prison;
6. Any and all prison security staff at Indiana Women's Prison;
7. Any and all Greene County Sheriff's staff and medical personnel;
8. Dr. Elizabeth Mateos;
9. Dr. Hinchman;

10. Dr. Evans;

11. Dr. Lynch;

12. Any other unknown witness;

13. Any individuals on Defendant's initial disclosure s and preliminary or final witness lists, including any supplements or amendments thereto;

14. Any individuals identified by Defendant in its Answers to Plaintiff's Interrogatories and Request for Production;

15. Any experts Defendant may retain and designate to testify by the deadline set in the parties' Case Management Plan; and

16. Additional individuals reveled in discovery not yet conducted or completed or necessary to respond to witnesses, documents, facts or opinions not yet disclosed to Plaintiff.

## Exhibits

1. Documents that relate to Defendant's administrative policies and procedures;

2. Documents that relate to Indiana Department of Corrections administrative polices and procedures;

3. Plaintiff's Indiana Department of Corrections medical records with respect to the Plaintiff;

4. Documents that relate to the incident date;

5. Transcripts of, and exhibits to, any depositions taken in this action;

6. Documents produced by the parties in response to requests for production of documents in this case; and

7. Any documents identified on the Defendant's initial disclosures and preliminary, or final exhibit lists, including any supplements or amendments thereto.

If Plaintiff discovers additional witnesses or exhibits they intend to use at trial, counsel for Plaintiff will furnish an identification of the additional witnesses or exhibits to the Court and opposing counsel. This list does not include witnesses or exhibits the Plaintiff may use for purposes of impeachment or rebuttal.

Respectfully submitted,

Brent Welke #15671
P.O. Box 55058
Indianapolis, IN 46205
(317) 748-7772
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on 10TH of May, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and by first-class postage via the United States Postal Service. Parties may access this filing through the Court's system.

Carol Dillon
Bleeke Dillon Crandall P.C.
8740 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4365

Brent Welke #15671-45