UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GRETCHEN HARBISON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD TANNER, M.D., et al., )<br>)<br>Defendants. ) | CAUSE NO. 1:12-cv-1623-WTL-MJD |

## ENTRY REGARDING FILING OF INITIAL DISCLOSURES

It has come to the Court's attention that the Plaintiff in this case has filed Requests for Admissions in violation of Local Rule 26-2 and Federal Rule of Civil Procedure 5(d)(1), both of which provides that discovery materials are not to be filed with the court except in certain circumstances that are inapplicable here. Accordingly, the Plaintiff's Requests for Admissions (dkts. no. 24 and 25) are hereby **STRICKEN** from the record.

SO ORDERED: 05/29/2013

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification