UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GRETCHEN HARBISON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 1:12-cv-01623-WTL-MJD |
| | ) | |
| RICHARD TANNER, M.D., | ) | |
| CORIZON, INC., and | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT RICHARD TANNER, M.D.**

Plaintiff, Gretchen Harbison, by her counsel, Brent Welke, propound the following written Interrogatories to be answered and signed by Richard Tanner, M.D. and returned to the undersigned defense counsel, Brent Welke, within thirty days of service as required by Rule 33 of the Federal Rules of Civil Procedure.

**DEFINITIONS AND INSTRUCTIONS**

1. "Identify" means to provide the full name, address, and telephone number of the person(s) or entity to be identified.
2. "You" and "your" refer to Defendant Richard Tanner, M.D. (Tanner).
3. All requests for discovery are continuing. In the event any additional information comes to your attention subsequent to returning your responses to these Interrogatories or request for production of documents, you are requested and required to furnish such additional information to undersigned defense counsel as soon as possible.
4. If the space provided for your responses is insufficient, you may attach responses on additional pages.

## INTERROGATORIES

**INTERROGATORY NO. 1**: State the following information concerning Tanner:

a. Name of individual who answered this request;

b. title;

c. address;

d. phone number;

e. duties.

**ANSWER**:

**INTERROGATORY NO. 2**: Identify all employees, both corporate level and facility level, who had knowledge of the Plaintiff's medical condition, by supplying their name, contact information, title, and duties.

**ANSWER**:

**INTERROGATORY NO. 3**: State whether you were an employee of Corizon, Inc. f/k/a Correctional Medical services, if so, state your start date, termination date, salary information, duties required and duties performed.

**ANSWER**:

**INTERROGATORY NO. 4**: State the full name and address of all physicians, nurses, who treated the Plaintiff at the Indiana Women's Prison, by name, title, contact information, duties and time(s).

**ANSWER**:

**INTERROGATORY NO. 5**: Identify all medical requests that were submitted by the Plaintiff during her incarceration at the Indiana Women's Prison, by date, content and reply acknowledgment.

**ANSWER**:

**INTERROGATORY NO. 6**: Identify the governing policy by which authorized and instructed you to perform and treat medical procedures regarding pregnant female prisoners and how those procedures/treatments were documented.

**ANSWER:**

**INTERROGATORY NO. 7**: List the medical procedure during an initial medical intake for female inmates who arrived at the correctional facility and who were pregnant at the time of the Plaintiff's arrival.

**ANSWER**:

**INTERROGATORY NO. 8**: Identify any other civil cases in which you have been a party at any time for medical malpractice assault, or any other action arising under your diagnosis or treatment of patients, stating the names of the parties, the court in which the case was filed, the cause number of the case, and the final resolution or disposition of the case.

**ANSWER**:

**INTERROGATORY NO. 9**: Identify each requirement in order to achieve accreditation with the American Correctional Association (ACA) and the National Commission on Correctional Health Care (NCCHC) and how often each accreditation is reviewed.

**ANSWER**:

**INTERROGATORY NO. 10**: Identify each policy then set forth by the Indiana Department of Corrections regarding medical care to pregnant female inmates, the name of the person who oversees this policy internally, their title, contact information and duties.

**ANSWER**:

**INTERROGATORY NO. 11:** Identify the person(s) who was responsible to arrange and coordinate the requested OB/GYN appointment by you on September 29, 2010 by name, title, contact information and duties.

**ANSWER**:

**INTERROGATORY NO. 12:** Identify the person at the Indiana Women's Prison who is responsible for the nutrition fed to the prisoners by name, title, contact information and duties.

**ANSWER**:

**INTERROGATORY NO. 13**: Please explain what constitutes a medical emergency and what authority or policy that your answer was derived from by listing the title, number, date, and author of said authority or policy.

**ANSWER**:

**INTERROGATORY NO. 14**: Identify the Department Director of Health Services or the equivalent thereof at the times pleaded in the Complaint, by name, contact information and the duties of this person.

**ANSWER**:

**INTERROGATORY NO. 15**: Identify any and all licenses associated with Corizon, its employees and the services offered at the Indiana Women's Prison by;

a. name of person or entity;

b. document title;

c. document number; and

d. expiration date.

**ANSWER**:

**INTERROGATORY NO. 16**: Identify the procedure or policy for Corizon's employee licenses and certificates, by explaining their location, review dates, who has access to these documents, and who is responsible for ensuring the authentication, by listing the person's name, title, contact information, and duties.

**ANSWER**:

**INTERROGATORY NO. 17**: Identify all the persons who had access to the Plaintiff's medical records and Department of Correction records, by name, title, contact information, and date of the access.

**ANSWER:**

**INTERROGATORY NO. 18:** Identify if a contract exists between Corizon and Indiana Department of Corrections, especially the Indiana Women's Prison, by name of parties responsible for said contract, the date it was signed, the date it expires, the responsibilities of Corizon regarding medical treatment, and the amount of money paid to Corizon for the contract.

**ANSWER**:

**INTERROGATORY NO. 19**: Identify the continuing education requirements by Corizon, ACA, NCCHC and any other governing authority for those individuals in positions that require licenses, certificates or specialized training and how Corizon documents this additional training.

**ANSWER**:

**INTERROGATORY NO. 20**: Identify who is responsible for the medical directives at the Indiana Women's Prison and at Corizon's corporate office, by name, title, contact information and duties.

**ANSWER**:

**INTERROGATORY NO. 21**: Identify who the person(s) in Interrogatory 19 report to by name, title, contact information and duties.

**ANSWER**:

**INTERROGATORY NO. 22:** Identify the location of the medical directives book and its log of directives.

**ANSWER:**

**INTERROGATORY NO. 23:** Identify the process of initiating a medical directive by naming the persons involved in the process, by name, title, and contact information, and the number of medical directives at the Indiana Women's Prison regarding pregnant female prisoners, by date, author, and name of person approving the directive.

**ANSWER:**

**INTERROGATORY NO. 24:** Identify the Health Services Administrator, by name, contact information and duties, as well as, their supervisor and/or at the facility level or corporate level or both, by name, title, contact information, and duties.

**ANSWER:**

**INTERROGATORY NO. 25:** Identify the number of facilities the person in Interrogatory number 23 is responsible for and list the name and contact information for each and every facility.

**ANSWSER:**

**INTERROGATORY NO. 26:** Identify the name and date of all reports generated by the individual in Interrogatory number 24.

**ANSWER:**

**INTERROGATORY NO. 27:** Identify any and all students or interns that were associated with the care of the Plaintiff during her incarceration at the Indiana Women's Prison by name, title, contact information, dates of employment, supervisor's name and duties.

**ANSWER:**

**INTERROGATORY NO. 28:** Identify every co-payment made by or on behalf of the Plaintiff for medical services or resulting in services rendered while at the Indiana Women's Prison, by date, amount, reason for payment, and who received the payment.

**ANSWER:**

**INTERROGATORY NO. 29:** Identify any and all policies or procedures regarding the reporting of incidents or medical emergencies, and who is responsible for maintaining these documents.

**ANSWER:**

**INTERROGATORY NO. 30:** Identify the last audit, by the ACA and/or the NCCHC, by date, deficiency findings, recommended corrections, due date for corrections, name of auditor and contact information.

**ANSWER:**

**INTERROGATORY NO. 31:** Identify the name, title and contact information of the person at the ACA and/or NCCHC whom was identified of this pending litigation.

**ANSWER:**

**INTERROGATORY NO. 32:** Identify the name, title, contact information, date of assessment and assigned duties of every medical personnel who conducted an assessment on the Plaintiff, from her intake up to and including her discharge.

**ANSWER:**

**VERIFICATION**

I. affirm under pains and penalties for perjury that the foregoing answers to Interrogatories are true and accurate to the best of my knowledge and belief.

______________ ____________________________________________

Date Richard Tanner, M.D.

Respectfully,

______________________________

Brent Welke #15671-45
Welke Law Firm
P.O. Box 55058
Indianapolis, IN 46205
(317) 748-7772
brentwelke@att.net
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2013, a true and complete copy of the foregoing document was served upon all counsel of record via U.S. Mail, with sufficient postage attached.

Foley Baron Metzger & Juip, PLLC
Randall Juip
Anthony Pignotti
38777 Six Mile Road, Suite 300
Livonia, MI 48152

Brent Welke #15671-45